PROB 22 (Rev. 1/24)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER (Tran. Court)<br>25CR03521-001-JES | |
| | | DOCKET NUMBER (Rec. Court)<br>3:26-00202 | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Andrew Thomas Mobley<br>Middle District of Tennessee | DISTRICT<br>Southern California | DIVISION<br>San Diego | |
| | NAME OF SENTENCING JUDGE<br>James E. Simmons, Jr.<br>U.S. District Judge | | |
| | DATES OF<br>Supervised release | FROM<br>5/28/2026 | TO<br>5/27/2029 |

OFFENSE

8 U.S.C. § 1324(a)(1)(A)(ii), (v)(I), Conspiracy to Transport Certain Aliens, a Class C felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Mobley has no significant ties to the Southern District of California and expects to remain in the Middle District of Tennessee for the remainder of supervised release. The probation office in the Middle District of Tennessee has requested a transfer of jurisdiction to allow any future concerns to be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

Aug. 11, 2026
Date

James E. Simmons, Jr. (signature)
James E. Simmons, Jr.
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/25/2026
Effective Date

William L. Campbell, Jr. (signature)
United States District Judge

pacts id 10257603
erh/mtn