**IN THE UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:26-cr-00202** |
| | ) | |
| **ANDREW THOMAS MOBLEY** | ) | **JUDGE CAMPBELL** |

**ORDER**

The revocation hearing is RESET for October 16, 2026, at 1:30 p.m.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE